

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:  Bradley J. Fish, Inc. d/b/a Sullair of Houston v. Lesar Electric & Design, LLC

Appellate case number:  01-19-00064-CV

Trial court case number:  2018-08280

Trial court:  151st District Court of Harris County

Date motion filed:  December 21, 2020

Party filing motion:  Appellant


It is ordered that the motion for rehearing is **denied**.


Judge's signature: _____/s/ Julie Countiss_____
                                    Acting for the Court

Panel consists of:  Justices Kelly, Landau, and Countiss.

Date:  May 13, 2021